People of State of Illinois, Defendant in Error, v. Calvin Belcher, Plaintiff in Error.

Gen. No. 46,830.   (Abstract of Decision.)

First District, Second Division.
April 3, 1956.
Rehearing denied April 24, 1956.
Released for publication April 24, 1956.

Westbrooks, Holman, Johnson & Farmer, for plaintiff in error; Claude W. B. Holman, of counsel; John Gutknecht, State's Attorney of Cook county, for defendant in error; Irwin D. Bloch, John T. Gallagher, Rudolph L. Janega, and William L. Carlin, Assistant State's Attorneys, of counsel. Opinion by JUDGE ROBSON. Not to be published in full.